IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ERIC J. PIEPER**                                                                                         **PLAINTIFF**

V.                                            **4:22CV00087 JM**

**HOME DEPOT U.S.A., INC.**                                                                **DEFENDANT**

## ORDER

The parties' joint motion to dismiss with prejudice is GRANTED. (Docket #23). This case is hereby dismissed with prejudice. The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of March, 2023.

_____
James M. Moody Jr.
United States District Judge